IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MUNCIE NOVELTY COMPANY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civ. No. 1:06-cv-00158-DFH-TAB |
| | ) |
| INTERNATIONAL BINGO SUPPLY, L.L.C. | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Muncie Novelty Company, Inc. respectfully provides its Notice of Dismissal Without Prejudice. This Notice is proper because Service of the Summons and Complaint has not been made upon the Defendant.

Respectfully submitted,

/s/Mary Jane Frisby
Donald E. Knebel (5261-49)
Mary Jane Frisby (22213-49)
Spencer P. Goodson (24608-49)
BARNES & THORNBURG  LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433

Attorneys for Plaintiff, Muncie Novelty Company, Inc.