UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MUNCIE NOVELTY COMPANY, INC.  )
      Plaintiff,  )
        )
vs.  )    1:06-cv-0158-DFH-TAB
        )
INTERNATIONAL BINGO SUPPLY, LLC, )
      Defendant.  )
        )
        )

**CLERK'S ENTRY**

June 12, 2006

On June 12, 2006, plaintiff filed a Notice of Voluntary Dismissal without prejudice. Accordingly, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, this action is hereby dismissed without prejudice.

**Distribution:**

Mary Jane Frisby
BARNES & THORNBURG
mfrisby@btlaw.com

Spencer Patrick Goodson
BARNES & THORNBURG LLP
sgoodson@btlaw.com

Donald E. Knebel
BARNES & THORNBURG LLP
donald.knebel@btlaw.com